986 F.2d 1416
 NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
UNITED STATES OF AMERICA, Plaintiff-Appellee,
v.
Jeffrey Wayne SULLIVAN, Defendant-Appellant.
 No. 92-7140.
 United States Court of Appeals,
Fourth Circuit.
 Submitted: February 1, 1993
Decided: February 23, 1993
 
 Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington. W. Earl Britt, District Judge. (CR-88-36-7, CA-92-113-7-B)
 Jeffrey Wayne Sullivan, Appellant Pro Se.
 Rudolf A. Renfer, Jr., Office of the United States Attorney, Raleigh, North Carolina, for Appellee.
 E.D.N.C.
 AFFIRMED.
 Before HALL and PHILLIPS, Circuit Judges, and BUTZNER, Senior Circuit Judge.
 PER CURIAM:
 
 
 1
 Jeffrey Wayne Sullivan appeals from the district court's order refusing to grant the relief requested in Sullivan's motion styled under 28 U.S.C. § 2255 (1988). Our review of the record and the district court's opinion discloses that this appeal is without merit. Accordingly, we affirm on the reasoning of the district court. United States v. Sullivan, Nos. CR-88-36-7, CA-92-113-7-B (E.D.N.C. Aug. 24, 1992). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED